IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL GLORIA<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | § | Case No. 4:12CV76-RAS-DDB |
| | § | |
| THE BANK OF NEW YORK MELLON<br>F/K/A/ THE BANK OF NEW YORK AS<br>TRUSTEE FOR THE<br>CERTIFICATE HOLDERS OF THE<br>CWSABS, INC. ASSET BACKED<br>CERTIFICATES SERIES 2006-18, AND<br>BANK OF AMERICA<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 21, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants The Bank of New York Mellon and Bank of America's Motion for Summary Judgment (Dkt. 8) be GRANTED in its entirety and that Plaintiff take nothing by any of the claims raised against Defendants.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants The Bank of New York Mellon and Bank of America's Motion

for Summary Judgment (Dkt. 8) is GRANTED in its entirety and Plaintiff shall take nothing by any of the claims raised against Defendants.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of March, 2013.**

                                                 */s/ Richard A. Schell*
                                                 RICHARD A. SCHELL
                                                 UNITED STATES DISTRICT JUDGE